UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

K.H., by and through M.H.,

    Plaintiff,

v.                                                Case No.  8:08-cv-85-T-24 MSS

Hillsborough County School Board,

    Defendant.
_____/

**ORDER**

       This cause comes before the Court on its own.  On January 14, 2008, Defendant Hillsborough County School Board removed this case pursuant to 28 U.S.C. § 1441, as Plaintiff's complaint alleged that Defendant violated Plaintiff's rights under the Individuals with Disabilities Act, 20 U.S.C. § 1400 *et seq*.  On February 7, 2008, Plaintiff filed an amended complaint, omitting this federal law claim and leaving only the supplemental Florida law claim. (Doc. No. 6.)  Because the only remaining claim in this action is Plaintiff's Florida law claim, the Court declines to exercise supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(c).

       Accordingly, it is ORDERED AND ADJUDGED that this case is remanded to the state court where it was originally filed.  The Clerk is directed to remand the instant case to the state court where it was originally filed, terminate any pending motions, and close the case.

       **DONE AND ORDERED** at Tampa, Florida, this 8th day of February, 2008.

*[signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record